# U.S. District Court
## Western District of Missouri (Kansas City)
## CIVIL DOCKET FOR CASE #: 4:23−cv−00694−RK
*Internal Use Only*

| | |
|---|---|
| Equal Employment Opportunity Commission v. Sun Chemical Corporation | Date Filed: 09/28/2023 |
| Assigned to: District Judge Roseann A Ketchmark | Date Terminated: 12/18/2024 |
| | Jury Demand: Plaintiff |
| Cause: 42:2000e Job Discrimination (Employment) | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**Equal Employment Opportunity Commission**  represented by  **Meredith Berwick**
United States Equal Employment Opportunity Commission – Stl
1222 Spruce Street
Room 8.100
St. Louis, MO 63103
314−539−7915
Email: meredith@kennedyhuntlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Inactive*

**Andrea G. Baran**
Equal Employment Opportunity Commission
1222 Spruce Street
Room 8.100
St. Louis, MO 63103
314−798−1914
Email: andrea.baran@eeoc.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Jennifer L. Arendes**
Equal Employment Opportunity Commission−StL
Robert Young Federal Building
1222 Spruce Street
Room 8.100
St. Louis, MO 63103
(314) 539−7916
Fax: (314) 539−7895
Email: jennifer.arendes@eeoc.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Joshua Pierson**

Equal Employment Opportunity
Commission−KCMO
400 State Avenue
Suite 905
Kansas City, KS 66101
913−359−1807
Email: joshua.pierson@eeoc.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren W Johnston**
Equal Employment Opportunity
Commission−Oklahoma City
215 Dean A. McGee Ave.
Suite 524
Oklahoma City, OK 73102
405−231−5829
Email: lauren.johnston@eeoc.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Luke R. Hertenstein**
Equal Employment Opportunity
Commission
Kansas City Area Office
400 State Ave
Ste 905
Kansas City, KS 66101
913−359−1812
Email: luke.hertenstein@eeoc.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

V.

**Defendant**

**Sun Chemical Corporation**     represented by   **Michael L. Blumenthal**
Seyferth Blumenthal & Harris LLC
4801 Main Street
Suite 310
Kansas City, MO 64112
(816) 756−0700
Fax: (816) 756−3700
Email: mike@sbhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Irina V Strelkova**
Frost Brown Todd LLP,
150 3rd Avenue

Suite 1900
Nashville, TN 37201
(615) 251–5550
Email: istrelkova@fbtlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Mekesha H Montgomery**
Frost Brown Todd LLP
150 3rd Ave South
Suite 1900
Nashville, TN 37201
615–251–5550
Fax: 615–251–5551
Email: mmontgomery@fbtlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Intervenor**

**Bryan Banks** represented by **Randall W. Brown**
Thornberry Brown
4550 Main Avenue
Suite 205
Kansas City, MO 64111
(816) 531–8383
Fax: (816) 531–8385
Email: randy@thornberrybrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Stephen C Thornberry**
Thornberry Brown
4550 Main Avenue
Suite 205
Kansas City, MO 64111
(816) 531–8383
Fax: (816) 531–8385
Email: steve@thornberrybrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2023 | 1 | COMPLAINT against Sun Chemical Corporation filed by Luke R. Hertenstein on behalf of Equal Employment Opportunity Commission. Filing fee waived. Service |

| | | |
|---|---|---|
| | | due by 12/27/2023 unless otherwise directed by the court. (Attachments: # 1 Civil Cover Sheet)(Hertenstein, Luke) (Entered: 09/28/2023) |
| 09/29/2023 | 2 | **NOTICE OF INCLUSION FOR MEDIATION AND ASSESSMENT PROGRAM (MAP). REVIEW NOTICE AND MAP GENERAL ORDER CAREFULLY FOR IMPORTANT CHANGES, DEADLINES AND REQUIREMENTS.**<br><br>**Notice of MAP assignment to outside neutral category I.** (Attachments: # 1 MAP General Order)(Melvin, Greg) (Entered: 09/29/2023) |
| 11/01/2023 | 3 | Motion to allow Mekesha Montgomery to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8695524) filed by Michael L. Blumenthal on behalf of Sun Chemical Corporation. (Attorney Michael L. Blumenthal added to party Sun Chemical Corporation(pty:dft))(Blumenthal, Michael) (Entered: 11/01/2023) |
| 11/01/2023 | 4 | Motion to allow Irina Strelkova to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8695541) filed by Michael L. Blumenthal on behalf of Sun Chemical Corporation. (Blumenthal, Michael) (Entered: 11/01/2023) |
| 11/01/2023 | 5 | DISCLOSURE OF CORPORATE INTERESTS filed by Michael L. Blumenthal on behalf of Defendant Sun Chemical Corporation.(Blumenthal, Michael) (Entered: 11/01/2023) |
| 11/01/2023 | 6 | ANSWER to 1 Complaint, on behalf of Sun Chemical Corporation.(Blumenthal, Michael) (Entered: 11/01/2023) |
| 11/01/2023 | 7 | ORDER granting 3 & 4 motion to appear pro hac vice entered by Clerk of Court. Attorney Meskesha H. Montgomery and Irina V. Strelkova for Sun Chemical Corporation allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at PACER.  This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 11/01/2023) |
| 11/03/2023 | 8 | RULE 16 NOTICE. Rule 26 conference due by 12/3/2023. Proposed scheduling order due by 12/17/2023. Signed on November 3, 2023 by District Judge Roseann Ketchmark. (Wheeler, LaTandra) (Entered: 11/03/2023) |
| 11/08/2023 | | NOTICE of filing: Mediation and Assessment Program Reminder: Your Designation of Mediator is due soon (filed as an ADR event in CM/ECF). See Notice of Inclusion and MAP General Order for specifics. (ADI, MAP) (Entered: 11/08/2023) |
| 12/18/2023 | 9 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Michael L. Blumenthal on behalf of Defendant Sun Chemical Corporation.(Blumenthal, Michael) (Entered: 12/18/2023) |
| 12/18/2023 | 10 | Joint PROPOSED SCHEDULING ORDER by Equal Employment Opportunity Commission. (Hertenstein, Luke) (Entered: 12/18/2023) |
| 12/18/2023 | 11 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES *BY PLAINTIFF* filed by Luke R. Hertenstein on behalf of Plaintiff Equal Employment |

| | | |
|---|---|---|
| | | Opportunity Commission.(Hertenstein, Luke) (Entered: 12/18/2023) |
| 12/18/2023 | 12 | DESIGNATION OF MEDIATOR naming David Vogel(Hertenstein, Luke) (Entered: 12/18/2023) |
| 12/18/2023 | 13 | CERTIFICATE OF SERVICE by Equal Employment Opportunity Commission *of Plaintiff's First Interrogatories and First Requests for Production of Documents to Defendant* filed by Luke R. Hertenstein on behalf of Plaintiff Equal Employment Opportunity Commission.(Hertenstein, Luke) (Entered: 12/18/2023) |
| 12/20/2023 | | NOTICE of filing: Mediation and Assessment Program Reminder: Your post−mediation status report is due within 10 calendar days after the mediation. See MAP FAQs on Court's website for specifics and submit report(s) to: map@mow.uscourts.gov. (ADI, MAP) (Entered: 12/20/2023) |
| 12/28/2023 | 14 | CERTIFICATE OF SERVICE by Sun Chemical Corporation filed by Michael L. Blumenthal on behalf of Defendant Sun Chemical Corporation.(Blumenthal, Michael) (Entered: 12/28/2023) |
| 12/28/2023 | 15 | SCHEDULING ORDER:Discovery due by 6/14/2024. Dispositive Motions due by 7/12/2024. Status Conference set for 5/15/2024 10:30 AM via teleconference. Initial Conference set for 11/8/2024 11:30 AM, Final Pretrial Conference set for 12/5/2024 01:30 PM, and Jury Trial set for 12/9/2024 08:30 AM in Courtroom 8E, Kansas City (RK) before District Judge Roseann Ketchmark. Signed on December 28, 2023 by District Judge Roseann Ketchmark. (Wheeler, LaTandra) Modified on 12/28/2023 (Wheeler, LaTandra). (Entered: 12/28/2023) |
| 01/18/2024 | 16 | CERTIFICATE OF SERVICE by Sun Chemical Corporation filed by Michael L. Blumenthal on behalf of Defendant Sun Chemical Corporation.(Blumenthal, Michael) (Entered: 01/18/2024) |
| 01/18/2024 | 17 | CERTIFICATE OF SERVICE by Sun Chemical Corporation filed by Michael L. Blumenthal on behalf of Defendant Sun Chemical Corporation.(Blumenthal, Michael) (Entered: 01/18/2024) |
| 01/22/2024 | 18 | Notice of Appearance filed by Meredith Berwick on behalf of Equal Employment Opportunity Commission. (Attorney Meredith Berwick added to party Equal Employment Opportunity Commission(pty:pla))(Berwick, Meredith) Modified on 1/23/2024 to correct filing event and terminate deadlines. NEF regenerated to all partise.(Kern, Kendra) Modified on 1/23/2024 (Kern, Kendra). (Entered: 01/22/2024) |
| 01/30/2024 | 19 | CERTIFICATE OF SERVICE by Sun Chemical Corporation filed by Michael L. Blumenthal on behalf of Defendant Sun Chemical Corporation.(Blumenthal, Michael) (Entered: 01/30/2024) |
| 02/14/2024 | 20 | NOTICE of appearance by Stephen C Thornberry on behalf of Bryan Banks (Attorney Stephen C Thornberry added to party Bryan Banks(pty:intv))(Thornberry, Stephen) (Entered: 02/14/2024) |
| 02/14/2024 | 21 | Consent MOTION to intervene filed by Stephen C Thornberry on behalf of Bryan Banks. Suggestions in opposition/response due by 2/28/2024 unless otherwise directed by the court. (Attachments: # 1 Exhibit Proposed Complaint)(Thornberry, Stephen) (Entered: 02/14/2024) |
| 02/14/2024 | 22 | ORDER granting 21 consent motion to intervene pursuant to Fed. R. Civ. P. 24(a) and 42 U.S.C. 2000e−5(f)(1). Intervenor−Plaintiff's complaint is due 2/20/2024. |

| | | |
|---|---|---|
| | | Signed on 2/14/2024 by District Judge Roseann A Ketchmark. This is a TEXT ONLY ENTRY. No document is attached. (Brown, Jonathan) (Entered: 02/14/2024) |
| 02/15/2024 | 23 | AMENDED COMPLAINT *of Intervenor Plaintiff* against Sun Chemical Corporation filed by Stephen C Thornberry on behalf of Bryan Banks.(Thornberry, Stephen) (Entered: 02/15/2024) |
| 02/16/2024 | 24 | CERTIFICATE OF SERVICE by Equal Employment Opportunity Commission *of Plaintiff EEOC's Objections and Responses to Defendant's First Set of Interrogatories and Requests for Production of Documents to Plaintiff* filed by Luke R. Hertenstein on behalf of Plaintiff Equal Employment Opportunity Commission.(Hertenstein, Luke) (Entered: 02/16/2024) |
| 02/28/2024 | 25 | ANSWER to 23 Amended Complaint on behalf of Sun Chemical Corporation.(Blumenthal, Michael) (Entered: 02/28/2024) |
| 03/07/2024 | 26 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Stephen C Thornberry on behalf of Intervenor Bryan Banks.(Thornberry, Stephen) (Entered: 03/07/2024) |
| 04/02/2024 | 27 | CERTIFICATE OF SERVICE by Sun Chemical Corporation filed by Michael L. Blumenthal on behalf of Defendant Sun Chemical Corporation.(Blumenthal, Michael) (Entered: 04/02/2024) |
| 04/12/2024 | 28 | NOTICE to take deposition of Sue Cornelsen filed by Luke R. Hertenstein on behalf of Plaintiff Equal Employment Opportunity Commission.(Hertenstein, Luke) (Entered: 04/12/2024) |
| 04/12/2024 | 29 | NOTICE to take deposition of Antonella Warren filed by Luke R. Hertenstein on behalf of Plaintiff Equal Employment Opportunity Commission.(Hertenstein, Luke) (Entered: 04/12/2024) |
| 04/22/2024 | 30 | NOTICE to take deposition of Maurilio Calderon filed by Luke R. Hertenstein on behalf of Plaintiff Equal Employment Opportunity Commission.(Hertenstein, Luke) (Entered: 04/22/2024) |
| 04/22/2024 | 31 | NOTICE to take deposition of Kristofer Savage filed by Luke R. Hertenstein on behalf of Plaintiff Equal Employment Opportunity Commission.(Hertenstein, Luke) (Entered: 04/22/2024) |
| 04/22/2024 | 32 | NOTICE to take deposition of Joe Stahl filed by Luke R. Hertenstein on behalf of Plaintiff Equal Employment Opportunity Commission.(Hertenstein, Luke) (Entered: 04/22/2024) |
| 04/22/2024 | 33 | NOTICE to take deposition of Larry Wilhite filed by Luke R. Hertenstein on behalf of Plaintiff Equal Employment Opportunity Commission.(Hertenstein, Luke) (Entered: 04/22/2024) |
| 05/03/2024 | 34 | CERTIFICATE OF SERVICE by Bryan Banks *of Responses to Discovery* filed by Stephen C Thornberry on behalf of Intervenor Bryan Banks.(Thornberry, Stephen) (Entered: 05/03/2024) |
| 05/03/2024 | 35 | CERTIFICATE OF SERVICE by Bryan Banks *of Opening Discovery Requests* filed by Stephen C Thornberry on behalf of Intervenor Bryan Banks.(Thornberry, Stephen) (Entered: 05/03/2024) |
| 05/08/2024 | 36 | |

| | | |
|---|---|---|
| | | CERTIFICATE OF TRANSMISSION OF DEPOSITION of Bryan L. Banks. (Kern, Kendra) (Entered: 05/08/2024) |
| 05/10/2024 | 37 | DESIGNATION OF MEDIATOR naming David Vogel(Thornberry, Stephen) (Entered: 05/10/2024) |
| 05/15/2024 | | NOTICE of filing: Mediation and Assessment Program Reminder: Your post−mediation status report is due within 10 calendar days after the mediation. See MAP FAQs on Court's website for specifics and submit report(s) to: map@mow.uscourts.gov. (ADI, MAP) (Entered: 05/15/2024) |
| 05/15/2024 | 38 | Minute Entry. Proceedings held before District Judge Roseann A Ketchmark: STATUS CONFERENCE held on 5/15/2024. Counsel appearing for Plaintiff(s): Luke Hertenstein (EEOC/Plaintiff); Stephen Thornberry (Intervenor). Counsel appearing for Defendant(s): Michael Blumenthal, Irina Strelkova, Mekesha Montgomery. Time in court: 10:37 am to 10:42 am. Discussion held as noted on the record.To order a transcript of this hearing please contact Jean Crawford, 816−512−5642, jean_crawford@mow.uscourts.gov. This is a TEXT ONLY ENTRY. No document is attached. (Hutcheson, Alexis) (Entered: 05/15/2024) |
| 05/15/2024 | 39 | CERTIFICATE OF SERVICE by Equal Employment Opportunity Commission *of EEOC's First Requests for Admission and Second Requests for Production of Documents to Defendant Sun Chemical Corporation* filed by Luke R. Hertenstein on behalf of Plaintiff Equal Employment Opportunity Commission.(Hertenstein, Luke) (Entered: 05/15/2024) |
| 05/17/2024 | 40 | NOTICE to take deposition of Michael Smallwood filed by Luke R. Hertenstein on behalf of Plaintiff Equal Employment Opportunity Commission.(Hertenstein, Luke) (Entered: 05/17/2024) |
| 06/03/2024 | 41 | CERTIFICATE OF TRANSMISSION OF DEPOSITION of Maurilio Calderson. (Kern, Kendra) (Entered: 06/03/2024) |
| 06/03/2024 | 42 | CERTIFICATE OF TRANSMISSION OF DEPOSITION of Joseph Stahl. (Kern, Kendra) (Entered: 06/03/2024) |
| 06/03/2024 | 43 | CERTIFICATE OF TRANSMISSION OF DEPOSITION of Kristofer Savage. (Kern, Kendra) (Entered: 06/03/2024) |
| 06/03/2024 | 44 | CERTIFICATE OF TRANSMISSION OF DEPOSITION of Lawrence Wilhite. (Kern, Kendra) (Entered: 06/03/2024) |
| 06/03/2024 | 45 | CERTIFICATE OF TRANSMISSION OF DEPOSITION of Sue Cornelsen. (Kern, Kendra) (Entered: 06/03/2024) |
| 06/03/2024 | 46 | CERTIFICATE OF TRANSMISSION OF DEPOSITION of Antonella Warren. (Kern, Kendra) (Entered: 06/03/2024) |
| 06/11/2024 | 47 | CERTIFICATE OF SERVICE by Sun Chemical Corporation filed by Michael L. Blumenthal on behalf of Defendant Sun Chemical Corporation.(Blumenthal, Michael) (Entered: 06/11/2024) |
| 06/11/2024 | 48 | CERTIFICATE OF SERVICE by Sun Chemical Corporation filed by Michael L. Blumenthal on behalf of Defendant Sun Chemical Corporation.(Blumenthal, Michael) (Entered: 06/11/2024) |
| 06/12/2024 | 49 | |

| | | |
|---|---|---|
| | | CERTIFICATE OF SERVICE by Sun Chemical Corporation filed by Michael L. Blumenthal on behalf of Defendant Sun Chemical Corporation.(Blumenthal, Michael) (Entered: 06/12/2024) |
| 06/12/2024 | 50 | CERTIFICATE OF SERVICE by Sun Chemical Corporation filed by Michael L. Blumenthal on behalf of Defendant Sun Chemical Corporation.(Blumenthal, Michael) (Entered: 06/12/2024) |
| 07/12/2024 | 51 | MOTION for summary judgment filed by Michael L. Blumenthal on behalf of Sun Chemical Corporation. Suggestions in opposition/response due by 8/2/2024 unless otherwise directed by the court. (Blumenthal, Michael) (Entered: 07/12/2024) |
| 07/12/2024 | 52 | SUGGESTIONS in support re 51 MOTION for summary judgment filed by Michael L. Blumenthal on behalf of Defendant Sun Chemical Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)(Related document(s) 51 ) (Blumenthal, Michael) (Entered: 07/12/2024) |
| 07/25/2024 | 53 | Joint MOTION for extension of time to file response/reply as to 51 MOTION for summary judgment , *unopposed by Defendant,* filed by Luke R. Hertenstein on behalf of Bryan Banks, Equal Employment Opportunity Commission. Suggestions in opposition/response due by 8/8/2024 unless otherwise directed by the court. (Related document(s) 51 ) (Hertenstein, Luke) (Entered: 07/25/2024) |
| 07/25/2024 | 54 | ORDER granting 53 unopposed motion for extension of time to file response as to 51 motion for summary judgment. Summary judgment response due by 8/9/2024 unless otherwise directed by the court. Signed on 7/25/2024 by District Judge Roseann A Ketchmark. This is a TEXT ONLY ENTRY. No document is attached. (Brown, Jonathan) (Entered: 07/25/2024) |
| 08/09/2024 | 55 | SUGGESTIONS in opposition to motion for summary judgment re 51 MOTION for summary judgment filed by Luke R. Hertenstein on behalf of Intervenor Bryan Banks, Plaintiff Equal Employment Opportunity Commission. Reply suggestions due by 8/23/2024 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Related document(s) 51 ) (Hertenstein, Luke) (Entered: 08/09/2024) |
| 08/13/2024 | 56 | CERTIFICATE OF TRANSMISSION OF DEPOSITION of Michael Anthony Smallwood. (Kern, Kendra) (Entered: 08/13/2024) |
| 08/22/2024 | 57 | MOTION for extension of time to file response/reply filed by Michael L. Blumenthal on behalf of Sun Chemical Corporation. Suggestions in opposition/response due by 9/5/2024 unless otherwise directed by the court. (Blumenthal, Michael) (Entered: 08/22/2024) |
| 08/23/2024 | 58 | ORDER granting 57 motion for extension of time to file reply. Reply due on or before 8/30/2024 unless otherwise directed. Signed on 8/23/2024 by District Judge Roseann A Ketchmark. This is a TEXT ONLY ENTRY. No document is attached. (Hutcheson, Alexis) (Entered: 08/23/2024) |
| 08/30/2024 | 59 | REPLY SUGGESTIONS to motion re 51 MOTION for summary judgment filed by Michael L. Blumenthal on behalf of Defendant Sun Chemical Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit |

| | | |
|---|---|---|
| | | E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Related document(s) 51 ) (Blumenthal, Michael) (Entered: 08/30/2024) |
| 10/25/2024 | 60 | MOTION in limine *and Suggestions in Support* filed by Luke R. Hertenstein on behalf of Bryan Banks, Equal Employment Opportunity Commission. Suggestions in opposition/response due by 11/8/2024 unless otherwise directed by the court. (Hertenstein, Luke) (Entered: 10/25/2024) |
| 10/25/2024 | 61 | DESIGNATION *of Depositions* by Bryan Banks, Equal Employment Opportunity Commission. (Hertenstein, Luke) (Entered: 10/25/2024) |
| 10/25/2024 | 62 | MOTION in limine filed by Michael L. Blumenthal on behalf of Sun Chemical Corporation. Suggestions in opposition/response due by 11/8/2024 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Blumenthal, Michael) (Entered: 10/25/2024) |
| 10/25/2024 | 63 | DESIGNATION *of Deposition Testimony* by Sun Chemical Corporation. (Blumenthal, Michael) (Entered: 10/25/2024) |
| 10/28/2024 | 64 | AMENDED NOTICE OF HEARING – This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached. Initial Pretrial Conference set for 11/8/2024 has been rescheduled to 11/7/2024 at 11:30 AM via teleconference before District Judge Roseann A Ketchmark. (Hutcheson, Alexis) (Entered: 10/28/2024) |
| 10/29/2024 | 65 | OBJECTIONS (non motions) by Sun Chemical Corporation *to Plaintiff's Deposition Designations (Doc 61)*. (Blumenthal, Michael) (Entered: 10/29/2024) |
| 10/29/2024 | 66 | OBJECTIONS (non motions) by Bryan Banks, Equal Employment Opportunity Commission re 63 DESIGNATION *of Deposition Testimony*. Related document: 63 DESIGNATION filed by Sun Chemical Corporation.(Hertenstein, Luke) (Entered: 10/29/2024) |
| 11/01/2024 | 67 | SUGGESTIONS in opposition re 62 MOTION in limine *by Defendant* filed by Luke R. Hertenstein on behalf of Intervenor Bryan Banks, Plaintiff Equal Employment Opportunity Commission. Reply suggestions due by 11/15/2024 unless otherwise directed by the court. (Related document(s) 62 ) (Hertenstein, Luke) (Entered: 11/01/2024) |
| 11/04/2024 | 68 | RESPONSE to motion filed by Michael L. Blumenthal on behalf of Defendant Sun Chemical Corporation. Reply suggestions due by 11/18/2024 unless otherwise directed by the court. (Blumenthal, Michael) (Entered: 11/04/2024) |
| 11/05/2024 | 69 | PROPOSED WITNESS LIST by Equal Employment Opportunity Commission, Bryan Banks . (Hertenstein, Luke) (Entered: 11/05/2024) |
| 11/05/2024 | 70 | PROPOSED EXHIBIT LIST by Equal Employment Opportunity Commission, Bryan Banks. (Hertenstein, Luke) (Entered: 11/05/2024) |
| 11/05/2024 | 71 | PROPOSED WITNESS LIST by Sun Chemical Corporation *And Exhibit List*. (Blumenthal, Michael) (Entered: 11/05/2024) |
| 11/05/2024 | 72 | STIPULATION *of Uncontroverted Facts* by Sun Chemical Corporation. (Blumenthal, Michael) (Entered: 11/05/2024) |
| 11/06/2024 | 73 | ORDER granting in part and denying in part 51 motion for summary judgment. Signed on 11/6/2024 by District Judge Roseann A Ketchmark. (Hutcheson, Alexis) |

| | | |
|---|---|---|
| | | (Entered: 11/06/2024) |
| 11/07/2024 | 74 | Minute Entry. Proceedings held before District Judge Roseann A Ketchmark: INITIAL PRETRIAL CONFERENCE held on 11/7/2024. Counsel appearing for Plaintiff(s): Luke Hertenstein, Josh Pierson, Meredith Berwick, Randall Brown, Stephen Thornberry. Counsel appearing for Defendant(s): Meskesha Montgomery, Michael Blumenthal, Irina Strelkova. Time in court: 11:30am to 12:40pm. Discussion held as noted on the record. To order a transcript of this hearing please contact Jean Crawford, 816–512–5642, jean_crawford@mow.uscourts.gov. This is a TEXT ONLY ENTRY. No document is attached. (Hutcheson, Alexis) (Entered: 11/07/2024) |
| 11/14/2024 | 75 | REPLY SUGGESTIONS to motion re 62 MOTION in limine filed by Michael L. Blumenthal on behalf of Defendant Sun Chemical Corporation. (Related document(s) 62 ) (Blumenthal, Michael) (Entered: 11/14/2024) |
| 11/21/2024 | 76 | NOTICE of appearance by Lauren W Johnston on behalf of Equal Employment Opportunity Commission (Attorney Lauren W Johnston added to party Equal Employment Opportunity Commission(pty:pla))(Johnston, Lauren) (Entered: 11/21/2024) |
| 11/25/2024 | 77 | PROPOSED JURY INSTRUCTIONS by Equal Employment Opportunity Commission, Bryan Banks . (Hertenstein, Luke) (Entered: 11/25/2024) |
| 11/25/2024 | 78 | PROPOSED JURY INSTRUCTIONS by Sun Chemical Corporation . (Blumenthal, Michael) (Entered: 11/25/2024) |
| 12/04/2024 | 79 | MOTION to bifurcate filed by Randall W. Brown on behalf of Bryan Banks. Suggestions in opposition/response due by 12/18/2024 unless otherwise directed by the court. (Brown, Randall) (Entered: 12/04/2024) |
| 12/04/2024 | 80 | PROPOSED VOIR DIRE by Bryan Banks *and the EEOC*. (Thornberry, Stephen) (Entered: 12/04/2024) |
| 12/04/2024 | 81 | TRIAL BRIEF *by Plaintiffs* by Equal Employment Opportunity Commission, Bryan Banks. (Hertenstein, Luke) (Entered: 12/04/2024) |
| 12/05/2024 | 82 | MOTION for judgment as a matter of law filed by Michael L. Blumenthal on behalf of Sun Chemical Corporation. Suggestions in opposition/response due by 12/19/2024 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1)(Blumenthal, Michael) (Entered: 12/05/2024) |
| 12/05/2024 | 83 | Minute Entry. Proceedings held before District Judge Roseann A Ketchmark: FINAL PRETRIAL CONFERENCE held on 12/5/2024. Counsel appearing for Plaintiff(s): Luke R. Hertenstein and Meredith Berwick. Counsel appearing for Intervenor(s): Michael L. Blumenthal. Counsel appearing for Defendant(s): Mekesha H Montgomery and Michael L. Blumenthal. Time in court: 1:30 p.m. to 3:07 p.m. Pretrial matters, settlement and other deadlines discussed. Pending Motion(s) ruled as stated on the record. The trial is expected to last four (4) days, beginning Monday, 12/09/2024. Court adjourned. To order a transcript of this hearing please contact Jean Crawford, 816–512–5642, jean_crawford@mow.uscourts.gov. This is a TEXT ONLY ENTRY. No document is attached. (Wheeler, LaTandra) (Entered: 12/05/2024) |
| 12/05/2024 | 84 | **OFFICIAL NOTICE OF TRIAL SETTING:** – This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached. Jury Trial set for |

| | | |
|---|---|---|
| | | 12/9/2024 08:30 AM thru 12/12/2024 in Courtroom 8B, Kansas City (DW) before District Judge Roseann A Ketchmark. (Wheeler, LaTandra) (Entered: 12/05/2024) |
| 12/05/2024 | 85 | PROPOSED EXHIBIT LIST by Sun Chemical Corporation. (Blumenthal, Michael) (Entered: 12/05/2024) |
| 12/06/2024 | 86 | PROPOSED VOIR DIRE by Sun Chemical Corporation . (Blumenthal, Michael) (Entered: 12/06/2024) |
| 12/06/2024 | 87 | TRIAL BRIEF by Sun Chemical Corporation. (Attachments: # 1 Exhibit 1–3)(Blumenthal, Michael) (Entered: 12/06/2024) |
| 12/08/2024 | 88 | PROPOSED EXHIBIT LIST *for Trial* by Equal Employment Opportunity Commission, Bryan Banks. (Thornberry, Stephen) (Entered: 12/08/2024) |
| 12/08/2024 | 89 | DESIGNATION *JOINT STIPULATION REGARDING DEPOSITION TESTIMONY AND EXHIBITS* by Equal Employment Opportunity Commission, Bryan Banks. (Thornberry, Stephen) (Entered: 12/08/2024) |
| 12/09/2024 | 90 | DESIGNATION *Plaintiffs Offer of Proof on Deposition Testimony of Michael Smallwood* by Bryan Banks. (Brown, Randall) (Entered: 12/09/2024) |
| 12/09/2024 | 91 | Minute Entry. Proceedings held before District Judge Roseann A Ketchmark: JURY TRIAL – DAY ONE held on 12/9/2024. Time in court: 8:50 a.m. to 4:26 p.m. Voir Dire held. Jury of 8 seated. Evidence entered. Jury excused for evening and instructed to return by 8:15 a.m. on 12/10/2024; Attorneys instructed to return by 8:30 a.m. Court adjourned. To order a transcript of this hearing please contact Jean Crawford, 816–512–5642, jean_crawford@mow.uscourts.gov. (Wheeler, LaTandra) (Main Document 91 replaced on 12/11/2024) (Wheeler, LaTandra). (Entered: 12/10/2024) |
| 12/09/2024 | 92 | JURY LIST (SEALED). (Wheeler, LaTandra) (Entered: 12/10/2024) |
| 12/10/2024 | 95 | Minute Entry. Proceedings held before District Judge Roseann A Ketchmark: JURY TRIAL – DAY TWO held on 12/10/2024. Time in court: 8:38 a.m. to 4:38 p.m. Evidence entered. Jury excused for evening and instructed to return by 8:45 a.m. on 12/11/2024; Attorneys instructed to return by 8:00 a.m. To order a transcript of this hearing please contact Jean Crawford, 816–512–5642, jean_crawford@mow.uscourts.gov. (Wheeler, LaTandra) (Entered: 12/11/2024) |
| 12/11/2024 | 93 | SUGGESTIONS in opposition re 82 MOTION for judgment as a matter of law *(made orally at trial)* filed by Joshua Pierson on behalf of Plaintiff Equal Employment Opportunity Commission, Intervenor Bryan Banks. Reply suggestions due by 12/26/2024 unless otherwise directed by the court. (Related document(s) 82 ) (Pierson, Joshua) (Entered: 12/11/2024) |
| 12/11/2024 | 94 | MOTION for judgment as a matter of law filed by Michael L. Blumenthal on behalf of Sun Chemical Corporation. Suggestions in opposition/response due by 12/26/2024 unless otherwise directed by the court. (Blumenthal, Michael) (Entered: 12/11/2024) |
| 12/11/2024 | 96 | Minute Entry. Proceedings held before District Judge Roseann A Ketchmark: JURY TRIAL – DAY THREE completed on 12/11/2024. Time in court: 8:15 a.m. to 3:30 p.m. Closing arguments. Jury deliberates and reaches a verdict. The Jury finds for the Defendant. Court adjourned. To order a transcript of this hearing please contact Jean Crawford, 816–512–5642, jean_crawford@mow.uscourts.gov. (Wheeler, LaTandra) (Entered: 12/12/2024) |

| | | |
|---|---|---|
| 12/11/2024 | 97 | JURY VERDICT. (Wheeler, LaTandra) (Entered: 12/12/2024) |
| 12/11/2024 | 98 | JURY QUESTIONS/NOTES. (Wheeler, LaTandra) (Entered: 12/12/2024) |
| 12/11/2024 | 100 | JURY INSTRUCTIONS (sourced copy). (Wheeler, LaTandra) (Entered: 12/16/2024) |
| 12/11/2024 | 101 | JURY INSTRUCTIONS (clean copy). (Wheeler, LaTandra) (Entered: 12/16/2024) |
| 12/12/2024 | 99 | DEFENDANT'S EXHIBIT INDEX re: jury trial by Sun Chemical Corporation. (Wheeler, LaTandra) (Entered: 12/13/2024) |
| 12/18/2024 | 102 | PLAINTIFF'S EXHIBIT INDEX re: jury trial by Equal Employment Opportunity Commission. (Wheeler, LaTandra) (Entered: 12/18/2024) |
| 12/18/2024 | 103 | Questions proposed to witnesses at trial (SEALED). (Attachments: # 1 Sue Cornelson, # 2 Bryan Banks)(Wheeler, LaTandra) (Entered: 12/18/2024) |
| 12/18/2024 | 104 | CLERK'S JUDGMENT (Wheeler, LaTandra) (Entered: 12/18/2024) |
| 01/08/2025 | 105 | PROPOSED BILL OF COSTS by Sun Chemical Corporation.Objections to Bill of Costs due by 1/22/2025 unless otherwise directed by the court. (Attachments: # 1 Affidavit Affidavit of Mekesha Montgomery)(Blumenthal, Michael) (Entered: 01/08/2025) |
| 01/08/2025 | 106 | MOTION for attorney fees filed by Michael L. Blumenthal on behalf of Sun Chemical Corporation. Suggestions in opposition/response due by 1/22/2025 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Blumenthal, Michael) (Entered: 01/08/2025) |
| 01/14/2025 | 107 | Joint MOTION for extension of time to file response/reply as to 105 Proposed Bill of Costs, 106 MOTION for attorney fees *Unopposed* filed by Luke R. Hertenstein on behalf of Equal Employment Opportunity Commission, Bryan Banks. Suggestions in opposition/response due by 1/28/2025 unless otherwise directed by the court. (Related document(s) 105 , 106 ) (Hertenstein, Luke) (Entered: 01/14/2025) |
| 01/14/2025 | 108 | ORDER granting 107 unopposed motion for extension of time to file response/reply as to 105 , 106 . Plaintiffs' responses due on or before 2/5/2025 unless otherwise directed by the Court. Signed on 1/14/2025 by District Judge Roseann A Ketchmark. This is a TEXT ONLY ENTRY. No document is attached. (Hutcheson, Alexis) (Entered: 01/14/2025) |
| 01/22/2025 | 109 | ELECTRONIC TRANSCRIPT of Final Pretrial Conference held 12/5/2024 before Judge Roseann Ketchmark. Court Reporter: Jean Crawford, 816–512–5642, jean_crawford@mow.uscourts.gov. Number of pages: 58. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.** If necessary, Notice of Intent to Redact is due by 1/29/2025 unless otherwise directed by the court. Release of Transcript Restriction set for 4/22/2025. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.**<br><br>(Crawford, Jean) (Entered: 01/22/2025) |

| 01/22/2025 | 110 | ELECTRONIC TRANSCRIPT of Voir Dire held on 12/9/2024 before Judge Roseann Ketchmark. Court Reporter: Jean Crawford, 816–512–5642, jean_crawford@mow.uscourts.gov. Number of pages: 107. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies.(Crawford, Jean) (Entered: 01/22/2025) |
|---|---|---|
| 01/22/2025 | 111 | ELECTRONIC TRANSCRIPT of Trial – Volume 1 held 12/9/2024 before Judge Roseann Ketchmark. Court Reporter: Jean Crawford, 816–512–5642, jean_crawford@mow.uscourts.gov. Number of pages: 132. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.** If necessary, Notice of Intent to Redact is due by 1/29/2025 unless otherwise directed by the court. Release of Transcript Restriction set for 4/22/2025. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.**<br><br>(Crawford, Jean) (Entered: 01/22/2025) |
| 01/22/2025 | 112 | ELECTRONIC TRANSCRIPT of Trial – Volume 2 held 12/10/2024 before Judge Roseann Ketchmark. Court Reporter: Jean Crawford, 816–512–5642, jean_crawford@mow.uscourts.gov. Number of pages: 196. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.** If necessary, Notice of Intent to Redact is due by 1/29/2025 unless otherwise directed by the court. Release of Transcript Restriction set for 4/22/2025. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.**<br><br>(Crawford, Jean) (Entered: 01/22/2025) |
| 01/22/2025 | 113 | ELECTRONIC TRANSCRIPT of Trial – Volume 3 held 12/11/2024 before Judge Roseann Ketchmark. Court Reporter: Jean Crawford, 816–512–5642, jean_crawford@mow.uscourts.gov. Number of pages: 95. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.** If necessary, Notice of Intent to Redact is due by 1/29/2025 unless otherwise directed by the court. Release of Transcript Restriction set for 4/22/2025. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.**<br><br>(Crawford, Jean) (Entered: 01/22/2025) |
| 02/05/2025 | 114 | OBJECTION to 105 bill of costs filed by Luke R. Hertenstein on behalf of Plaintiff Equal Employment Opportunity Commission, Intervenor Bryan Banks.Reply to |

| | | |
|---|---|---|
| | | Objections to Bill of Costs due by 2/19/2025 unless otherwise directed by the court. (Related document(s) 105 ) (Hertenstein, Luke) (Entered: 02/05/2025) |
| 02/05/2025 | 115 | SUGGESTIONS in opposition re 106 MOTION for attorney fees filed by Luke R. Hertenstein on behalf of Plaintiff Equal Employment Opportunity Commission, Intervenor Bryan Banks. Reply suggestions due by 2/19/2025 unless otherwise directed by the court. (Related document(s) 106 ) (Hertenstein, Luke) (Entered: 02/05/2025) |
| 02/13/2025 | 116 | NOTICE OF APPEAL as to 104 Clerk's Judgment by Equal Employment Opportunity Commission. (Hertenstein, Luke) (Entered: 02/13/2025) |
| 02/13/2025 | 117 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 116 Notice of Appeal. (Terry, Jason) (Entered: 02/13/2025) |

UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

_____

Equal Employment Opportunity Commission,

    Plaintiff,

    V.                                  Case No. 4:23-cv-00694-RK

Sun Chemical Corporation,

    Defendant.

## JUDGMENT IN A CIVIL ACTION

___X___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court.** This action has been considered and a decision has been rendered by the Court that:

    The Jury finds for the Defendant.

**IT IS SO ORDERED.**

Dated: December 11, 2024                          /s/ Paige Wymore-Wynn
                                                      Clerk of the Court

Entered: December 18, 2024                    /s/ LaTandra Wheeler
                                                        Deputy Clerk-

1

Case 4:23-cv-00694-RK   Document 104   Filed 12/18/24   Page 1 of 1
Appellate Case: 25-1318   Page: 15   Date Filed: 02/14/2025 Entry ID: 5486287 February 13 2025 p15

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> and <br><br> BRYAN BANKS, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> SUN CHEMICAL CORPORATION, <br><br> Defendant. | CASE NO. 4:23-cv-00694-RK |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Equal Employment Opportunity Commission appeals to the United States Court of Appeal for the Eighth Circuit from the final judgment entered in this action on December 18, 2024 (Doc 104).

Respectfully submitted by:

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

*/s/ Luke R. Hertenstein*
Luke R. Hertenstein, WDMo Bar # 59890
Kansas City Area Office
400 State Ave., Ste. 905
Kansas City, KS 66101
Phone: (913) 359-1812
Email: luke.hertenstein@eeoc.gov

*Attorneys for Plaintiff EEOC*

# CERTIFICATE OF SERVICE

I certify that on February 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties.

*/s/ Luke R. Hertenstein*
Luke R. Hertenstein, WDMo Bar # 59890

## MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| | |
|---|---|
| Case Caption: Equal Employment Opportunity Commission v. Sun Chemical Corporation | Case No. 23-cv-00694-RK |

| Appellant: **Equal Employment Opportunity Commission** | Appellee: **Sun Chemical Corporation** |
|---|---|
| Appellant's Attorney(s): | Appellee's Attorney(s): |
| **Andrea G. Baran**<br>Email: andrea.baran@eeoc.gov | **Michael L. Blumenthal**<br>Email: mike@sbhlaw.com |
| **Jennifer L. Arendes**<br>Email: jennifer.arendes@eeoc.gov | **Irina V Strelkova**<br>Email: istrelkova@fbtlaw.com |
| **Joshua Pierson**<br>Email: joshua.pierson@eeoc.gov | **Mekesha H Montgomery**<br>Email: mmontgomery@fbtlaw.com |
| **Lauren W Johnston**<br>Email: lauren.johnston@eeoc.gov | |
| **Luke R. Hertenstein**<br>Email: luke.hertenstein@eeoc.gov | |

| Court Reporter(s):<br><br>Jean Crawford | Please return files and documents to:<br>**United States District Court**<br>**400 East 9th Street, Room 1510**<br>**Kansas City, MO   64106**<br><br>Contact Person for Appeal:<br>Jason_Terry@mow.uscourts.gov |
|---|---|

| Length of Trial:<br>3 Days | Fee:<br>Not Paid | IFP:<br>No | Pending IFP Motion:<br>No |
|---|---|---|---|
| Counsel:<br>Retained | Pending Motions?<br>Yes (Doc 106) | Local Interest?<br>No | Simultaneous Release?<br>No |

**Special Comments:**